**STATE of Missouri, Respondent,**

v.

**Michael A. HILMERSON, Appellant.**

**No. WD 50327.**

Missouri Court of Appeals,
Western District.

Jan. 2, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 27, 1996.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Craig F. Martin, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and BERREY, JJ.

**ORDER**

PER CURIAM.

Appeal from a jury conviction of first degree deviate sexual assault, § 566.070, RSMo. (1986). Appellant seeks plain error

review, Rule 30.20, on introduction of evidence.

Affirmed. Rule 30.25(b).